UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN JONES,<br><br>      Plaintiff,<br><br>  -against-<br><br>IAA, INC., et al.,<br><br>      Defendants. | 1:23-cv-01357 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff filed the Complaint on February 16, 2023. Plaintiff has not requested a summons, and the docket reflects that Plaintiff has not served the Complaint or summons on Defendants.

  It is HEREBY ORDERED that Plaintiff submit a letter to the Court by **May 25, 2023** as to why Plaintiff has failed to request a summons as to each Defendant and serve the summons and Complaint on each Defendant within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.

  IT IS FURTHER ORDERED that if the Court does not receive any communication from Plaintiff by **May 25, 2023** showing good cause why such service was not made within the 90 days, the Court will dismiss the case.

  IT IS FURTHER ORDERED that the initial pretrial conference scheduled for May 25, 2023 is adjourned.

Dated: May 18, 2023
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge